# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | MAGISTRATE NO. 25-MJ-00229 |
| | : | |
| v. | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 922(g)(1)** |
| **GERALD EZELL,** | : | **(Unlawful Possession of a Firearm and** |
| | : | **Ammunition by a Person Convicted of a** |
| **Defendant.** | : | **Crime Punishable by Imprisonment for a** |
| | : | **Term Exceeding One Year)** |
| | : | |
| | : | |
| | : | |
| | : | **FORFEITURE:** |
| | : | **18 U.S.C. § 924(d), 21 U.S.C. §§ 853(a), (p)** |
| | : | **and 28 U.S.C. § 2461(c)** |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about September 21, 2025, within the District of Columbia, **GERALD EZELL**, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, in the Superior Court of the District of Columbia, Criminal Case Nos. 2010-CF3-003292, 2014-CF2-000763, and 2019-CF3-003751, did unlawfully and knowingly receive and possess a firearm, that is, a Glock 19 9mm pistol, and did unlawfully and knowingly receive and possess ammunition, that is 9mm ammunition, which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Sections 922(g)(1))

## FORFEITURE ALLEGATION

1.      Upon conviction of the offenses alleged in Count One of this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Sections 853(a) and (p), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offenses, including but not limited to: (1) a Glock 19 9mm pistol, bearing serial number BBWU150 and 9mm ammunition; (2) a Derringer DM 101, .22 Magnum caliber pistol, bearing serial number 1859029 and two rounds of .22 caliber ammunition; and (3) $97 in U.S. Currency.

2.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   (a)   cannot be located upon the exercise of due diligence;

   (b)   has been transferred or sold to, or deposited with, a third party;

   (c)   has been placed beyond the jurisdiction of the Court;

   (d)   has been substantially diminished in value; or

   (e)   has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Sections 853(a) and (p),

as incorporated by Title 28, United States Code, Section 2461(c).

    (**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Sections 853(a) and (p), and Title 28, United States Code, Section 2461(c))

                                          Respectfully submitted,

                                          JEANINE FERRIS PIRRO
                                          United States Attorney

By:      /s/ *Jared English*
            JARED ENGLISH
            Assistant United States Attorney
            D.C. Bar No. 1023926
            601 D Street, N.W.
            Washington, DC 20530
            (202) 252-2628
            Jared.English@usdoj.gov